BLUE CROSS AND BLUE SHIELD OF CONNECTICUT, INC.,
ET AL. *v.* JOSEPH C. MIKE, INSURANCE COMMISSIONER
OF THE STATE OF CONNECTICUT ET AL.

The petitions of the named defendant and of the defendants Travelers Insurance Company et al. for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford are granted by the court.

*John G. Haines,* assistant attorney general, for the named defendant, and *Ralph G. Elliot,* for the defendants Travelers Insurance Company et al., in support of the petitions.

*John E. Silliman* and *Geoffrey Naab,* in opposition.

Decided June 25, 1980

ALFONSO D'AMATO ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF FAIRFIELD ET AL.

*Allan R. Johnson,* in support of the petition.

*Albert A. Garofalo,* pro se, in opposition.

Decided July 1, 1980

RICHARD D. WALTER *v.* CONNECTICUT REAL ESTATE
COMMISSION

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Danbury is denied by the court.

*Bruce E. Hawley,* in support of the petition.

Decided July 16, 1980